# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Theta IP, LLC

                       Plaintiff,

v.                                              Case No.: 1:22−cv−03441
                                                   Honorable Sara L. Ellis

Motorola Mobility LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 8, 2023:

      MINUTE entry before the Honorable Sara L. Ellis:Telephone conference held on 11/8/2023. Briefing schedule as to motion to dismiss [54]: responses due by 12/8/2023; Replies due by 1/16/2024. Telephone Conference set for 12/19/2023 is stricken and reset to 4/18/2024 at 1:30 PM for ruling on the motion to dismiss. Opening claim construction brief is due by 1/17/2025. As discussed, the parties are required to submit a proposed order to the court's proposed order email. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.