# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| THETA IP, LLC, | Civil Action No.: 1:22-cv-03441 |
| Plaintiff, | Hon. Sara L. Ellis |
| v. | JURY TRIAL DEMANDED |
| MOTOROLA MOBILITY LLC and LENOVO (UNITED STATES) INC., | |
| Defendant. | |

**DEFENDANTS' NOTICE OF MOTION TO STAY PENDING *INTER PARTES* REVIEW**

Please take notice that on January 8, 2025 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before The Honorable Sara L. Ellis, and will present Defendants' Motion to Stay Pending Inter Partes Review (the "Motion"). The Motion is supported by the memorandum and supporting declaration and exhibits thereto, filed herewith.

Pursuant to the Court's Rules and Local Rule 37.2, counsel for Defendants and counsel for Plaintiff met and conferred regarding this motion prior to the December 12, 2024 Joint Status Report filing by the parties. Dkt. 106. Plaintiff's counsel indicated it opposes this motion. Dkt. 106 at 4. On January 1, 2025, Plaintiff's counsel confirmed again that it opposes this motion.

Dated: January 2, 2025     By: *Olivia Bedi*

Olivia Bedi (IL Bar No. 6288365)
Michael H. Fleck (IL Bar No. 6305929)
Edgar Matias (IL Bar No. 6336336)
RILEY SAFER HOLMES & CANCILIA LLP
One South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
Email: obedi@rshc-law.com

mfleck@rshc-law.com
ematias@rshc-law.com

Justin P.D. Wilcox *(pro hac vice pending)*
David J. Shaw *(pro hac vice pending)*
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006
Telephone: 202-451-4900
Facsimile: 202-451-4901
Email: jwilcox@desmaraisllp.com
dshaw@desmaraisllp.com

*Attorneys for Defendants Motorola Mobility LLC and Lenovo (United States) Inc.*

**CERTIFICATE OF SERVICE**

  I certify that on January 2, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to counsel of record.

<br>

_____
Olivia Bedi