**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Theta IP, LLC
                                          Plaintiff,

v.                                                                 Case No.: 1:22−cv−03441
                                                                            Honorable Sara L. Ellis

Motorola Mobility LLC, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 8, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court sets the following briefing schedule on Defendants' motion to stay pending inter partes review [114]: Plaintiff's response is due by 2/7/2025 and Defendants' reply is due by 2/21/2025. The Court strikes the status date set for 1/8/2025 and resets it to 4/30/2025 at 9:30 AM for ruling on Defendants' motion. The Court stays discovery between the parties pending its ruling on Defendants' motion to stay. The Court strikes the Markman hearing set for 6/30/2025 and will reset all dates after ruling on the motion to stay. The Court grants the motions for leave to appear pro hac vice [109], [110]. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (650) 479−3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll−free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.